```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADHIAMBO A. MITCHELL,

            Plaintiff,

    -v-

EL AGUILA III, LLC, *et ano*,

            Defendants.

**ORDER**

25-CV-1185 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's July 30, 2025 Case Management Plan and Scheduling Order, ECF No. 21, the parties were directed to file a joint status letter by September 29, 2025. To date, no joint status letter has been filed on the docket. The Court *sua sponte* extends the deadline to submit a joint status letter to **October 7, 2025**.

**SO ORDERED.**

Dated: September 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1