UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADHIAMBO A. MITCHELL,

    Plaintiff,

vs.

EL AGUILA III, LLC, a New York limited liability company, d/b/a EL AGUILA NYC, and 1634 LEXINGTON AVENUE, LLC, a New York limited liability company,

    Defendants.
_____/

CASE NO: 1:25-cv-01185-VSB-HJR

## **NOTICE OF SETTLEMENT**

COME NOW Plaintiff, ADHIAMBO A. MITCHELL, and Defendant, EL AGUILA III, LLC, a New York limited liability company, d/b/a EL AGUILA NYC, and 1634 LEXINGTON AVENUE, LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a thirty (30) day Order of Dismissal to be issued in this matter.

    Dated: This 6th day of October, 2025.

By: /S/ B. Bradley Weitz
   B. Bradley Weitz, Esq.
   The Weitz Law Firm, P.A.
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160
   Telephone:  (305) 949-7777
   Facsimile:  (305) 704-3877
   Email: bbw@weitzfirm.com
   *Attorney for Plaintiff*

By: /S/ Michael K. Chong,
   Michael K. Chong, Esq.
   Law Offices of Michael K. Chong, LLC
   2 Executive Drive, Suite 240
   Fort Lee, NJ 07024
   Tel: 201-947-5200
   Email: MKC@mkclawgroup.com
   *Attorney for Defendants*